CLOSED

# U.S. District Court
# Alabama Middle District (Opelika)
# CRIMINAL DOCKET FOR CASE #: 3:06-cr-00141-MEF-SRW-1
# Internal Use Only

Case title: USA v. Wilson

Date Filed: 06/14/2006
Date Terminated: 06/12/2009

Assigned to: Honorable Judge Mark E. Fuller
Referred to: Honorable Judge Susan Russ Walker

**Defendant (1)**

**Claude Jerome Wilson, II**
*TERMINATED: 06/12/2009*

represented by **Federal Defender**
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
334-834-2099
Fax: 834-0353
Email: ECFCMALM@fd.org
*LEAD ATTORNEY*
*Designation: Public Defender or Community Defender Appointment*
**Bar Status: US Attorney-and other Special**

**Jennifer Anne Hart**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 1960
Montgomery, AL 36104
334-834-2099
Fax: 334-834-0353
Email: jennifer_hart@fd.org
*TERMINATED: 10/16/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: US Attorney-and other**

Special

**Jon Carlton Taylor**
The Law Offices of J. Carlton Taylor
Post Office Box 230783
Montgomery, AL 36123-0783
334-472-0500
Email: jct@jtcrimlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*
**Bar Status: Active**

**Kevin L. Butler**
Federal Public Defenders, NDAL
505 20th Street, North
Suite 1425
Birmingham, AL 35203
205-208-7170
Fax: 205-307-2567
Email: ALNFD_Notice@fd.org
*TERMINATED: 08/01/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: US Attorney-and other Special**

**Michael John Petersen**
Petersen Law Office
P.O. Box 278
Millbrook, AL 36054
334-467-1952
Email: PetersenLaw@hotmail.com
*TERMINATED: 08/01/2008*
*ATTORNEY TO BE NOTICED*
**Bar Status: Active**

**Pending Counts**

18:922G.F-UNLAWFUL TRANSPORT
OF FIREARMS, ETC.; NMT $250,000
[*]; NMT 10Y, B, NMT 3Y SUP REL;
G-LINES; VWPA; $100 AF
(1)

**Disposition**

273 Mos Imp; 5 Yrs Sup Rel; $100 SA

## Highest Offense Level (Opening)

Felony

## Terminated Counts

None

## Disposition

## Highest Offense Level (Terminated)

None

## Complaints

None

## Disposition

## Plaintiff

USA     represented by **Christopher A. Snyder**
U. S. Attorney's Office
Criminal Division
PO BOX 197
Montgomery, AL 36101
334-223-7280
Fax: 334-223-7135
Email: christopher.a.snyder@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: US Attorney-and other Special**

**Karl David Cooke , Jr.**
U. S. Attorney's Office
Criminal
One Court Square
Suite 201
Montgomery, AL 36104
334-223-7280
Fax: 334-223-7135
Email: debbie.shaw@usdoj.gov
*TERMINATED: 12/20/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: US Attorney-and other Special**

**Leura Garrett Canary**
Retirement Systems of Alabama
201 South Union Street
Montgomery, AL 36104
334-517-7180
Email: leura.canary@rsa-al.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Active**

**Matthew W. Shepherd**
United States Attorney's Office
PO Box 197
Montgomery, AL 36101
334-223-7280
Fax: 334-223-7135
Email: matthew.shepherd@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: US Attorney-and other Special**

**Verne H. Speirs**
U.S. Attorney's Office
PO Box 197
Montgomery, AL 36101-0197
334-223-7280
Fax: 223-7560
Email: verne.speirs@usdoj.gov
*ATTORNEY TO BE NOTICED*
**Bar Status: US Attorney-and other Special**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/14/2006 | 1 | INDICTMENT as to Claude Jerome Wilson, II (1) count(s) 1. (war, ) (Entered: 06/15/2006) |
| 06/16/2006 | 4 | (AMENDED) Limits of Punishment as to Claude Jerome Wilson, II: (war, ) (Entered: 06/19/2006) |
| 06/19/2006 |   | Case unsealed as to Claude Jerome Wilson, II. per notice of detainer with Georgia Dept. of Corrections from USMS. (kcg, ) (Entered: 06/19/2006) |

| | | |
|---|---|---|
| 06/20/2006 | 5 | MOTION for Writ of Habeas Corpus ad prosequendum by USA as to Claude Jerome Wilson, II. (Attachments: # 1)(Cooke, Karl) (Entered: 06/20/2006) |
| 06/20/2006 | 6 | ORDER granting 5 Motion for Writ of Habeas Corpus ad prosequendum as to Claude Jerome Wilson II (1). Signed by Judge Susan Russ Walker on 6/20/06. (kcg, ) (Entered: 06/20/2006) |
| 06/20/2006 | 7 | Writ of Habeas Corpus ad Prosequendum Issued as to Claude Jerome Wilson, II for 7/26/06. Arraignment is set for 7/26/2006 10:00 AM in Courtroom 4A before Honorable Delores R. Boyd. (kcg, ) (Entered: 06/20/2006) |
| 06/20/2006 | 🔒 | (Court only) ***Location start as to Claude Jerome Wilson, II (snc, ) (Entered: 10/25/2007) |
| 07/26/2006 | 8 | CJA 23 Financial Affidavit by Claude Jerome Wilson, II (sql, ) (Entered: 07/27/2006) |
| 07/26/2006 | | ORAL MOTION to Appoint Counsel by Claude Jerome Wilson, II. (sql, ) (Entered: 07/27/2006) |
| 07/26/2006 | | ORDER (ORAL) granting [] Oral Motion to Appoint Counsel: Appointed Federal Defender for Claude Jerome Wilson, II as to Claude Jerome Wilson II (1). by Judge Delores R. Boyd on 7/26/2006. (sql, ) (Entered: 07/27/2006) |
| 07/26/2006 | 9 | WAIVER of Speedy Trial by Claude Jerome Wilson, II (sql, ) (Entered: 07/27/2006) |
| 07/26/2006 | 10 | Minute Entry for proceedings held before Judge Delores R. Boyd :Arraignment as to Claude Jerome Wilson II (1) Count 1 held on 7/26/2006, Initial Appearance as to Claude Jerome Wilson, II held on 7/26/2006, Plea entered by Claude Jerome Wilson II (1) Count 1. by Claude Jerome Wilson, II Not Guilty on counts 1. (Recording Time 10:45 - 10:55 am.) (sql, ) (Entered: 07/27/2006) |
| 07/27/2006 | 11 | ORDER ON ARRAIGNMENT as to Claude Jerome Wilson, II, (incorporating ORDER TO CONTINUE - Ends of Justice as to Claude Jerome Wilson, II Time excluded from 7/27/06 until 12/4/06.) Pretrial Conference set for 8/21/2006 03:00 PM in Courtroom 5B before Honorable Susan Russ Walker. Jury Selection set for 12/4/2006 before Hon. Chief Judge Mark E. Fuller. Jury Trial set for 12/4/2006 before Hon. Chief Judge Mark E. Fuller. Pretrial Motions due by 8/18/2006. Discovery by the Government due by 7/26/2006. Disclosures by the Defendant due 8/2/06. Signed by Judge Susan Russ Walker on 7/27/06. (ws, ) (Entered: 07/27/2006) |
| 07/31/2006 | 12 | Arrest Warrant Returned Executed in case as to Claude Jerome Wilson, II. Defendant arrested on 7/24/2006. (sql, ) (Entered: 08/02/2006) |

| | | |
|---|---|---|
| 08/02/2006 | 13 | NOTICE OF ATTORNEY APPEARANCE: Jennifer Anne Hart appearing for Claude Jerome Wilson, II (Hart, Jennifer) (Entered: 08/02/2006) |
| 08/17/2006 | 14 | MOTION for Extension of Time to File *Pretrial Motions (UNOPPOSED)* by Claude Jerome Wilson, II. (Hart, Jennifer) (Entered: 08/17/2006) |
| 08/21/2006 | 15 | Minute Entry for proceedings held before Judge Susan Russ Walker :Pretrial Conference as to Claude Jerome Wilson, II held on 8/21/2006 (Recording Time 3:52 - 3:54.) (jct, ) (Entered: 08/21/2006) |
| 08/22/2006 | 16 | ORDER granting in part to the extent that all pre-trial motions shall be filed on or before 9/21/2006 and denying in part all other respects as further set out. 14 Motion for Extension of Time to File as to Claude Jerome Wilson II (1). Signed by Judge Susan Russ Walker on 8/22/2006. (sql, ) (Entered: 08/22/2006) |
| 08/23/2006 | 17 | PRETRIAL CONFERENCE ORDER as to Claude Jerome Wilson, II Jury Selection set for 12/4/2006 before Hon. Chief Judge Mark E. Fuller. Jury Trial [ETT 1- 1 1/2 days] is set for 12/4/2006 before Hon. Chief Judge Mark E. Fuller. Pretrial Conference set for 11/13/2006 03:00 PM in Courtroom 5B before Honorable Susan Russ Walker. Voir Dire due by 11/27/2006; Proposed Jury Instructions due by 11/27/2006; Motions in Limine due by 11/27/2006; Notice of Intent to Change Plea due by noon on 11/22/2006. Signed by Judge Susan Russ Walker on 8/23/06. (kcg, ) (Entered: 08/23/2006) |
| 09/06/2006 | 18 | ORDER as to Claude Jerome Wilson, II Jury Trial set for 12/4/2006 is hereby RE-SCHEDULED for 11/27/2006 before Hon. Chief Judge Mark E. Fuller. . Signed by Judge Mark E. Fuller on 9/6/2006. (sql, ) (Entered: 09/06/2006) |
| 09/08/2006 | | Terminate Deadlines and Hearings as to Claude Jerome Wilson, II: (kcg, ) (Entered: 09/08/2006) |
| 11/13/2006 | 19 | MOTION to Continue trial *(UNOPPOSED)* by Claude Jerome Wilson, II. (Hart, Jennifer) (Entered: 11/13/2006) |
| 11/13/2006 | 20 | Minute Entry for proceedings held before Judge Susan Russ Walker :Pretrial Conference as to Claude Jerome Wilson, II held on 11/13/2006 (Recording Time 3:13 - 3:17.) (jct, ) (Entered: 11/13/2006) |
| 11/20/2006 | 21 | ORDER TO CONTINUE - Ends of Justice as to Claude Jerome Wilson, II. GRANTING 19 MOTION to Continue trial *(UNOPPOSED)* filed by Claude Jerome Wilson, II. Jury Trial set for 11/27/2006 is continued to 3/12/2007 before Hon. Chief Judge Mark E. Fuller. The Magistrate Judge shall conduct a pretrial conference prior to the March 12, 2007 trial term. Signed by Judge Mark E. Fuller on 11/20/06. (kcg, ) (Entered: 11/20/2006) |
| 11/21/2006 | 22 | ORDER as to Claude Jerome Wilson, II : Pretrial Conference set for 2/16/2007 03:00 PM in Courtroom 5B before Honorable Susan Russ |

| | | |
|---|---|---|
| | | Walker. Signed by Judge Susan Russ Walker on 11/21/06. (ws ) (Entered: 11/21/2006) |
| 12/01/2006 | 23 | ORDER as to Claude Jerome Wilson, II Pretrial Conference set for 2/16/2007 is rescheduled for 2/20/2007 03:00 PM in Courtroom 5B before Honorable Susan Russ Walker. Signed by Judge Susan Russ Walker on 12/1/06. (kcg, ) (Entered: 12/01/2006) |
| 12/08/2006 | 24 | NOTICE *of Substitution of Counsel* by USA as to Claude Jerome Wilson, II (Snyder, Christopher) (Entered: 12/08/2006) |
| 12/19/2006 | 25 | MOTION to Substitute Attorney by USA as to Claude Jerome Wilson, II. (Snyder, Christopher) (Entered: 12/19/2006) |
| 12/20/2006 | 26 | ORDER granting 25 Motion to Substitute Attorney filed by USA as to Claude Jerome Wilson II (1). Signed by Judge Susan Russ Walker on 12/20/06. (kcg, ) (Entered: 12/20/2006) |
| 02/20/2007 | 27 | Minute Entry for proceedings held before Judge Susan Russ Walker :Pretrial Conference as to Claude Jerome Wilson, II held on 2/20/2007 (Recording Time 3:37 - 3:41.) (jct, ) (Entered: 02/20/2007) |
| 02/27/2007 | 28 | NOTICE OF INTENT TO CHANGE PLEA by Claude Jerome Wilson, II (Hart, Jennifer) (Entered: 02/27/2007) |
| 03/02/2007 | 29 | ORDER as to Claude Jerome Wilson, II re 28 Notice of Intent to Change Plea Change of Plea Hearing is set for 3/5/2007 09:00 AM in Courtroom 5B before Honorable Susan Russ Walker. The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the U.S. Marshal or the person having custody of the defendant shall produce the defendant for this proceeding. Signed by Judge Susan Russ Walker on 3/2/07. (kcg, ) (Entered: 03/02/2007) |
| 03/05/2007 | 30 | Consent to Enter Guilty Plea before U. S. Magistrate Judge as to Claude Jerome Wilson, II (jct, ) (Entered: 03/06/2007) |
| 03/05/2007 | 31 | PLEA AGREEMENT as to Claude Jerome Wilson, II (jct, ) (Entered: 03/06/2007) |
| 03/05/2007 | | ORAL ORDER accepting guilty plea and adjudicating defendant guity as to Count 1 of the Indictment as to Claude Jerome Wilson, II . Signed by Judge Susan Russ Walker on 3/5/07. (jct, ) (Entered: 03/06/2007) |
| 03/05/2007 | 32 | Minute Entry for proceedings held before Judge Susan Russ Walker :Change of Plea Hearing as to Claude Jerome Wilson, II held on 3/5/2007, Plea entered by Claude Jerome Wilson II (1) Guilty Count 1. (Court Reporter Risa Entrekin.) (jct, ) (Entered: 03/06/2007) |
| 03/05/2007 | | Terminate Deadlines and Hearings as to Claude Jerome Wilson, II: (kcg, ) (Entered: 03/15/2007) |

| | | |
|---|---|---|
| 03/16/2007 | 33 | ORDER as to Claude Jerome Wilson, II Sentencing set for 5/31/2007 09:00 AM in Courtroom 2A before Hon. Chief Judge Mark E. Fuller, as further set out. Signed by Judge Mark E. Fuller on 3/16/07. (kcg, ) (Entered: 03/16/2007) |
| 05/17/2007 | 36 | MOTION for Downward Departure *for Diminished Capacity* by Claude Jerome Wilson, II. (Hart, Jennifer) (Entered: 05/17/2007) |
| 05/17/2007 | 37 | Notice of Filing Psychological Evaluation (Sealed) as to Claude Jerome Wilson, II (Attachments: # 1 Psychological Evaluation) (jct, ) (Entered: 05/18/2007) |
| 05/30/2007 | 38 | SENTENCING MEMORANDUM by USA as to Claude Jerome Wilson, II (Snyder, Christopher) (Entered: 05/30/2007) |
| 05/30/2007 | 39 | MOTION to Continue *Sentencing Hearing* by Claude Jerome Wilson, II. (Hart, Jennifer) (Entered: 05/30/2007) |
| 05/30/2007 | | Minute Entry for proceedings held before Judge Mark E. Fuller :Telephone Status Conference as to Claude Jerome Wilson, II held on 5/30/2007 (No PDF attached). (kcg, ) (Entered: 05/30/2007) |
| 05/30/2007 | 40 | ORDER as to Claude Jerome Wilson, II, GRANTING 39 MOTION to Continue *Sentencing Hearing* filed by Claude Jerome Wilson, II. Sentencing set for 5/31/2007 is continued to 8/8/2007 02:00 PM in Courtroom 2A before Hon. Chief Judge Mark E. Fuller. Signed by Judge Mark E. Fuller on 5/30/07. (kcg, ) (Entered: 05/30/2007) |
| 08/06/2007 | 41 | MOTION for Reduction in Criminal Offense Level for Acceptance of Responsibility by USA as to Claude Jerome Wilson, II. (Snyder, Christopher) (Entered: 08/06/2007) |
| 08/06/2007 | 42 | NOTICE *to Court of Withdrawal of Sentencing Enhancement and Agreement of Appropriate Sentence* by USA as to Claude Jerome Wilson, II (Snyder, Christopher) (Entered: 08/06/2007) |
| 08/07/2007 | 43 | MOTION to Continue *Sentencing and Response to the Government's Notice to Court of Withdrawal of Sentencing Enhancement and Agreement of Appropriate Sentence* by Claude Jerome Wilson, II. (Hart, Jennifer) (Entered: 08/07/2007) |
| 08/07/2007 | 44 | NOTICE OF ATTORNEY APPEARANCE: Kevin L. Butler appearing for Claude Jerome Wilson, II (Butler, Kevin) (Entered: 08/07/2007) |
| 08/08/2007 | 45 | REPLY TO RESPONSE to Motion by USA as to Claude Jerome Wilson, II re 43 MOTION to Continue *Sentencing and Response to the Government's Notice to Court of Withdrawal of Sentencing Enhancement and Agreement of Appropriate Sentence* (Attachments: # 1 Exhibit A# 2 Exhibit B)(Snyder, Christopher) (Entered: 08/08/2007) |

| 08/08/2007 | 46 | NOTICE OF ATTORNEY APPEARANCE: Michael J. Petersen appearing for Claude Jerome Wilson, II (Petersen, Michael) (Entered: 08/08/2007) |
|---|---|---|
| 08/08/2007 | 48 | Minute Entry for proceedings held before Judge Mark E. Fuller :Sentencing set on 8/8/2007 as to Claude Jerome Wilson, II is cancelled. Defendant withdrew his guilty plea and will be set on the next trial docket (PDF available for court use only). (Court Reporter Anita Griffith w/Boggs Reporting.) (kcg, ) (Entered: 08/10/2007) |
| 08/08/2007 | | ORAL ORDER as to Claude Jerome Wilson, II GRANTING 43 MOTION to Continue *Sentencing filed by Claude Jerome Wilson, II. Signed by Judge Mark E. Fuller on 8/8/07.* (kcg, ) (Entered: 08/10/2007) |
| 08/08/2007 | | ORAL MOTION to Withdraw Plea of Guilty by Claude Jerome Wilson, II. (kcg, ) (Entered: 10/25/2007) |
| 08/08/2007 | | ORAL ORDER granting ORAL Motion to Withdraw Plea of Guilty as to Claude Jerome Wilson II (1). Signed by Judge Mark E. Fuller on 8/8/07. (kcg, ) (Entered: 10/25/2007) |
| 08/09/2007 | 47 | NOTICE OF ATTORNEY APPEARANCE Verne H. Speirs appearing for USA. (Speirs, Verne) (Entered: 08/09/2007) |
| 08/16/2007 | 49 | ORDER as to Claude Jerome Wilson, II that defendant appeared at a sentencing hearing and withdrew his plea of guilty based upon newly discovered evidence. Accordingly, it is hereby ORDERED that this case is set for Jury Trial on 10/2/2007 10:00 AM in Courtroom 2A before Hon. Chief Judge Mark E. Fuller. It is further ORDERED that the Magistrate Judge conduct a pretrial conference prior to the October 2, 2007 trial term. Signed by Judge Mark E. Fuller on 8/16/07. (kcg, ) (Entered: 08/16/2007) |
| 08/20/2007 | 50 | ORDER as to Claude Jerome Wilson, II Pretrial Conference set for 9/21/2007 03:00 PM in Courtroom 5B before Honorable Susan Russ Walker. All applicable deadlines contained in the prior arraignment order and pretrial order are adjusted accordingly, except the deadline for motions, which is not extended. Signed by Judge Susan Russ Walker on 8/20/07. (kcg, ) (Entered: 08/20/2007) |
| 08/28/2007 | 🔒 | (Court only) ***Excludable (XE) re dn 51 created as to Claude Jerome Wilson, II (excludable not automatically created when motion filed due to incorrect procedural interval; plea withdrawn on 8/8/07) (snc) (Entered: 10/25/2007) |
| 08/30/2007 | 52 | ORDER as to Claude Jerome Wilson, II that the pretrial conference previously scheduled for 9/21/2007 be and is hereby rescheduled for 9/14/2007 03:00 PM in Courtroom 5B before Honorable Susan Russ Walker. All applicable deadlines contained in the prior arraignment order and pretrial order are adjusted accordingly, except the deadline for motions, which is not extended. Signed by Judge Susan Russ Walker on |

| | | |
|---|---|---|
| | | 8/30/07. (kcg, ) (Entered: 08/30/2007) |
| 09/06/2007 | 54 | ORDER denying as moot 36 Motion for Downward Departure and 41 Motion for Reduction in Criminal Offense Level for Acceptance of Responsibility as to Claude Jerome Wilson II (1). Signed by Judge Mark E. Fuller on 9/6/07. (ajr, ) (Entered: 09/06/2007) |
| 09/11/2007 | 55 | TRANSCRIPT of Withdrawal of Guilty Plea Proceedings (PDF available for court use only) as to Claude Jerome Wilson, II held on 8/8/07 before Chief Judge Mark E. Fuller. Court Reporter: Anita D. Griffith. (kcg, ) (Entered: 09/11/2007) |
| 09/12/2007 | 56 | MOTION to Continue trial *(UNOPPOSED)* by Claude Jerome Wilson, II. (Petersen, Michael) (Entered: 09/12/2007) |
| 09/12/2007 | 🔒 | (Court only) ***Excludable XE created re dn 56 as to Claude Jerome Wilson, II; plea withdrawn on 8/8/07 (snc, ) (Entered: 10/25/2007) |
| 09/14/2007 | 57 | Minute Entry for proceedings held before Judge Susan Russ Walker :Pretrial Conference as to Claude Jerome Wilson, II held on 9/14/2007 (PDF available for court use only) (Recording Time 3:19 - 3:22.) (jct, ) (Entered: 09/14/2007) |
| 09/19/2007 | 58 | ORDER TO CONTINUE - Ends of Justice as to Claude Jerome Wilson, II; granting 56 MOTION to Continue trial; Jury Trial set for 10/2/07 is CONTINUTED to 1/14/2008 before Hon. Chief Judge Mark E. Fuller; directing the Magistrate Judge to conduct a pretrial conference prior to the 1/14/08 trial term. Signed by Judge Mark E. Fuller on 9/19/07. (ajr, ) (Entered: 09/19/2007) |
| 09/19/2007 | 59 | ORDER as to Claude Jerome Wilson, II Pretrial Conference set for 12/20/2007 03:00 PM in Courtroom 5B before Honorable Susan Russ Walker. All applicable deadlines contained in the prior arraignment order and pretrial order are adjusted accordingly, except the deadline for motions, which is not extended. Signed by Judge Susan Russ Walker on 9/19/07. (kcg, ) (Entered: 09/19/2007) |
| 10/16/2007 | 60 | MOTION to Substitute Attorney by Claude Jerome Wilson, II. (Hart, Jennifer) (Entered: 10/16/2007) |
| 10/16/2007 | 61 | STAMPED ORDER granting 60 Motion to Substitute Attorney by Jennifer A. Hart as to Claude Jerome Wilson II (1). Signed by Judge Susan Russ Walker on 10/16/07. (kcg, ) (Entered: 10/16/2007) |
| 10/16/2007 | 🔒 | (Court only) ***Excludable XE created for dn 60 as to Claude Jerome Wilson, II; case procedural interval corrected pursuant to withdrawal of plea on 8/8/07 ) (Entered: 10/25/2007) |
| 11/09/2007 | 62 | ORDER as to Claude Jerome Wilson, II that the parties are hereby advised that if the proposed changes to this district's jury plan are approved by the |

| | | |
|---|---|---|
| | | Judicial Council, this case will be tried by a jury selected from the Eastern Division of the Middle District of Alabama and the trial will be conducted in the United States District Courthouse in Opelika, Alabama. The parties are further advised that if the case is tried in Opelika the date of the jury selection and trial will have to be changed to January 7, 2008. While the trial setting change will not be made at this time, the parties are ORDERED to file a notice of any potential conflict that would be created by moving the trial of this cause to the term of court commencing on January 7, 2008. This notice shall be filed no later than November 21, 2007.. Signed by Judge Mark E. Fuller on 11/9/07. (ws, ) (Entered: 11/09/2007) |
| 11/20/2007 | 63 | NOTICE *of Lack of Conflict* as to Claude Jerome Wilson, II re 62 Order,,, (Petersen, Michael) (Entered: 11/20/2007) |
| 12/18/2007 | 64 | ORDER as to Claude Jerome Wilson, II that the trial of this case set for 1/14/2008 is rescheduled for the criminal trial term commencing 1/7/2008 in Opelika, Alabama before Hon. Chief Judge Mark E. Fuller. Signed by Judge Mark E. Fuller on 12/18/07. (kcg, ) (Entered: 12/18/2007) |
| 12/20/2007 | 65 | MOTION to Continue trial by Claude Jerome Wilson, II. (Petersen, Michael) (Entered: 12/20/2007) |
| 12/20/2007 | 66 | Minute Entry for proceedings held before Judge Susan Russ Walker :Pretrial Conference as to Claude Jerome Wilson, II held on 12/20/2007 (PDF available for court use only) (Recording Time FTR: 3:12 - 3:15.) (ws, ) (Entered: 12/20/2007) |
| 12/20/2007 | 67 | ORDER TO CONTINUE - Ends of Justice as to Claude Jerome Wilson, II. GRANTING 65 MOTION to Continue trial filed by Claude Jerome Wilson, II. Jury Trial set for 1/7/2008 is continued to the 4/28/2008 in Opelika, Alabama before Hon. Chief Judge Mark E. Fuller. The Magistrate Judge shall conduct a pretrial conference prior to the 4/28/2008 trial term. Signed by Judge Mark E. Fuller on 12/20/07. (kcg, ) (Entered: 12/20/2007) |
| 01/02/2008 | 68 | ORDER as to Claude Jerome Wilson, II that based upon this court's order setting the trial in the above-styled case for April 28, 2008, and for good cause, it is ORDERED that a Pretrial Conference be and hereby is scheduled for 3/17/2008 03:00 PM in Courtroom 5B before Honorable Susan Russ Walker. All applicable deadlines contained in the prior arraignment order and pretrial order are adjusted accordingly, except the deadline for motions, which is not extended. Signed by Judge Susan Russ Walker on 1/2/08. (kcg, ) (Entered: 01/02/2008) |
| 01/10/2008 | 69 | ORDER as to Claude Jerome Wilson, II that the Pretrial Conference previously set for 3/17/2008 is RESCHEDULED for 3/14/2008 03:00 PM in Courtroom 5B before Honorable Susan Russ Walker. All applicable deadlines contained in the prior arraignment order and pretrial order are adjusted accordingly, except the deadline for motions, which is not |

| | | |
|---|---|---|
| | | extended. Signed by Judge Susan Russ Walker on 1/10/08. (kcg, ) (Entered: 01/10/2008) |
| 03/14/2008 | 70 | Minute Entry for proceedings held before Judge Susan Russ Walker :Pretrial Conference as to Claude Jerome Wilson, II held on 3/14/2008 (PDF available for court use only) (Recording Time 3:17 - 3:21.) (jct, ) (Entered: 03/14/2008) |
| 04/01/2008 | 71 | MOTION to Continue trial *(Unopposed)* by Claude Jerome Wilson, II. (Petersen, Michael) (Entered: 04/01/2008) |
| 04/02/2008 | 72 | ORDER TO CONTINUE - Ends of Justice as to Claude Jerome Wilson, II. GRANTING 71 MOTION to Continue trial *(Unopposed)* filed by Claude Jerome Wilson, II. That the trial of this case is continued from the 4/28/2008 trial term to the 8/11/2008 trial term in Opelika, Alabama. That the Magistrate Judge shall conduct a pretrial conference prior to the 8/11/2008 trial term. Signed by Judge Mark E. Fuller on 4/2/08. (kcg, ) (Entered: 04/02/2008) |
| 04/03/2008 | 73 | ORDER as to Claude Jerome Wilson, II that based upon this court's order setting the trial in the above-styled case for August 11, 2008, and for good cause, it is ORDERED that a Pretrial Conference be and hereby is scheduled for 7/28/2008 03:00 PM in Courtroom 5B before Honorable Susan Russ Walker. All applicable deadlines contained in the prior arraignment order and pretrial order are adjusted accordingly, except the deadline for motions, which is not extended. Signed by Judge Susan Russ Walker on 4/3/08. (kcg, ) (Entered: 04/03/2008) |
| 07/28/2008 | 74 | MOTION to Continue trial by USA as to Claude Jerome Wilson, II. (Snyder, Christopher) (Entered: 07/28/2008) |
| 07/28/2008 | 75 | Minute Entry for proceedings held before Judge Honorable Susan Russ Walker:Pretrial Conference as to Claude Jerome Wilson, II held on 7/28/2008 (PDF available for court use only) (Recording Time 3:17 - 3:18.) (jct, ) (Entered: 07/28/2008) |
| 07/29/2008 | 76 | ORDER as to Claude Jerome Wilson, II that upon consideration of the 74 MOTION to Continue trial filed by USA, it is hereby ORDERED that the defendant show cause in writing on or before 7/31/2008 as to why this motion should not be granted. Signed by Hon. Chief Judge Mark E. Fuller on 7/29/08. (kcg, ) (Entered: 07/29/2008) |
| 07/30/2008 | 77 | RESPONSE to Motion by Claude Jerome Wilson, II re 74 MOTION to Continue trial (Petersen, Michael) (Entered: 07/30/2008) |
| 07/31/2008 | 78 | MOTION to Withdraw as Attorney *Due to Conflict of Interest* by Michael J. Petersen. by Claude Jerome Wilson, II. (Petersen, Michael) (Entered: 07/31/2008) |

| | | |
|---|---|---|
| 07/31/2008 | 79 | NOTICE OF JURY LIST AND JURORS' PROFILES for Jury Selection and Trial commencing on 8/11/08 before Chief Judge Mark E. Fuller as to Claude Jerome Wilson, II (Attachments: #(1) Juror Quest Cert, #(2) Clothing Notice)(kcg, ) (Entered: 07/31/2008) |
| 08/01/2008 | 80 | MOTION to Withdraw as Attorney by Kevin L. Butler. by Claude Jerome Wilson, II. (Butler, Kevin) (Entered: 08/01/2008) |
| 08/01/2008 | 81 | ORDER as to Claude Jerome Wilson, II GRANTING 80 MOTION to Withdraw as Attorney by Kevin L. Butler. filed by Claude Jerome Wilson, II, and GRANTING 78 MOTION to Withdraw as Attorney *Due to Conflict of Interest* by Michael J. Petersen. filed by Claude Jerome Wilson, II. It is further ORDERED that CJA panel attorney J. Carlton Taylor is appointed to represent Claude Jerome Wilson, II in this matter. It is further ORDERED that this case is set for a conference on 8/6/2008 09:00 AM by conference call before Hon. Chief Judge Mark E. Fuller. Signed by Hon. Chief Judge Mark E. Fuller on 8/1/08. (kcg, ) (Entered: 08/01/2008) |
| 08/04/2008 | 82 | NOTICE OF ATTORNEY APPEARANCE: Jon Carlton Taylor appearing for Claude Jerome Wilson, II (Taylor, Jon) (Entered: 08/04/2008) |
| 08/04/2008 | 83 | First MOTION for Extension of Time to File *Motion(s) in Limine* by Claude Jerome Wilson, II. (Taylor, Jon) (Entered: 08/04/2008) |
| 08/04/2008 | 84 | Proposed Voir Dire by USA as to Claude Jerome Wilson, II (Snyder, Christopher) (Entered: 08/04/2008) |
| 08/04/2008 | 85 | Proposed Jury Instructions by USA as to Claude Jerome Wilson, II (Snyder, Christopher) (Entered: 08/04/2008) |
| 08/04/2008 | 86 | MOTION to Continue trial *Unopposed* by Claude Jerome Wilson, II. (Taylor, Jon) (Entered: 08/04/2008) |
| 08/04/2008 | 87 | First MOTION in Limine by Claude Jerome Wilson, II. (Taylor, Jon) (Entered: 08/04/2008) |
| 08/04/2008 | 88 | Proposed Jury Instructions by Claude Jerome Wilson, II (Taylor, Jon) (Entered: 08/04/2008) |
| 08/04/2008 | 89 | Proposed Voir Dire by Claude Jerome Wilson, II (Taylor, Jon) (Entered: 08/04/2008) |
| 08/04/2008 | 90 | MOTION in Limine *to Prevent Testimony or Argument Regarding Irrelevant Matters* by USA as to Claude Jerome Wilson, II. (Snyder, Christopher) (Entered: 08/04/2008) |
| 08/04/2008 | 91 | MOTION in Limine *to Prevent Introduction of Expert Testimony* by USA as to Claude Jerome Wilson, II. (Attachments: # 1 Exhibit)(Snyder, Christopher) (Entered: 08/04/2008) |

| | | |
|---|---|---|
| 08/05/2008 | 92 | ORDER TO CONTINUE - Ends of Justice as to Claude Jerome Wilson, II. GRANTING 86 MOTION to Continue trial *Unopposed* filed by Claude Jerome Wilson, II. Jury Trial set for 8/11/08 is continued to 1/26/2009 before Hon. Chief Judge Mark E. Fuller in Opelika, Alabama. The Magistrate Judge shall conduct a pretrial conference prior to the 1/26/2009 trial term. The conference call scheduled for 8/6/2008 is cancelled. Signed by Hon. Chief Judge Mark E. Fuller on 8/5/08. (kcg, ) (Entered: 08/05/2008) |
| 08/05/2008 | 93 | ORDER as to Claude Jerome Wilson, II that based upon this court's order setting the trial in the above-styled case for 1/26/2009, and for good cause, it is ORDERED that a Pretrial Conference be and hereby is scheduled for 12/19/2008 03:00 PM in Courtroom 5B before Honorable Susan Russ Walker. All applicable deadlines contained in the prior arraignment order and pretrial order are adjusted accordingly, except the deadline for motions, which is not extended. Signed by Honorable Susan Russ Walker on 8/5/08. (kcg, ) (Entered: 08/05/2008) |
| 08/06/2008 | 94 | CJA 20 as to Claude Jerome Wilson, II: Appointment of Attorney Jon Carlton Taylor for Claude Jerome Wilson, II.. Signed by Hon. Chief Judge Mark E. Fuller on 8/6/08. (kcg, ) (Entered: 08/06/2008) |
| 08/21/2008 | 95 | ORDER denying as moot 74 Motion to Continue Trial as to Claude Jerome Wilson, II (1). Signed by Hon. Chief Judge Mark E. Fuller on 8/21/08. (kcg, ) (Entered: 08/21/2008) |
| 10/07/2008 | 96 | MOTION for Detention Hearing by USA as to Claude Jerome Wilson, II. (Snyder, Christopher) (Entered: 10/07/2008) |
| 10/10/2008 | 97 | WAIVER of Detention Hearing by Claude Jerome Wilson, II (Taylor, Jon) (Entered: 10/10/2008) |
| 10/15/2008 | 98 | ORDER that the defendant in this case has waived a detention hearing. See Doc. #97. Accordingly, and for good cause stated in the 96 Motion for Detention Hearing as to Claude Jerome Wilson II (1), it is ORDERED that the motion is GRANTED to the extent of its request for detention, as further set out. Signed by Honorable Susan Russ Walker on 10/15/08. (kcg, ) (Entered: 10/15/2008) |
| 12/18/2008 | 🔒 | (Court only) Terminate Pretrial Deadlines as to Claude Jerome Wilson, II: (snc, ) (Entered: 12/18/2008) |
| 12/19/2008 | 99 | Minute Entry for proceedings held before Judge Honorable Susan Russ Walker:Pretrial Conference as to Claude Jerome Wilson, II held on 12/19/2008 (PDF available for court use only) (Recording Time 3:11 - 3:12.) (jct, ) (Entered: 12/22/2008) |
| 01/05/2009 | 100 | NOTICE OF JURY LIST AND JURORS' PROFILES for Jury Selection and Trial commencing on 1/26/09 in Opelika, Alabama before Chief Judge |

| | | |
|---|---|---|
| | | Mark E. Fuller as to Claude Jerome Wilson, II (Attachments: # 1 Jury Quest. Cert., # 2 Clothing Notice)(kcg, ) (Entered: 01/05/2009) |
| 01/19/2009 | 101 | RESPONSE to Motion by USA as to Claude Jerome Wilson, II re 87 First MOTION in Limine (Snyder, Christopher) (Entered: 01/19/2009) |
| 01/19/2009 | 102 | Supplemental MOTION in Limine by USA as to Claude Jerome Wilson, II. (Snyder, Christopher) (Entered: 01/19/2009) |
| 01/20/2009 | 103 | ORDER as to Claude Jerome Wilson, II re 90 MOTION in Limine *to Prevent Testimony or Argument Regarding Irrelevant Matters* filed by USA, 102 Supplemental MOTION in Limine filed by USA, 91 MOTION in Limine *to Prevent Introduction of Expert Testimony* filed by USA. It is ORDERED that the defendant show cause in writing on or before 1/22/2009 as to why these motions should not be granted. Signed by Hon. Chief Judge Mark E. Fuller on 1/20/09. (kcg, ) (Entered: 01/20/2009) |
| 01/21/2009 | | Minute Entry for proceedings held before Hon. Chief Judge Mark E. Fuller:Telephone Conference as to Claude Jerome Wilson, II held on 1/21/2009 (No PDF attached) (kcg, ) (Entered: 01/22/2009) |
| 01/22/2009 | 104 | RESPONSE TO COURT ORDER by Claude Jerome Wilson, II (Taylor, Jon) (Entered: 01/22/2009) |
| 01/25/2009 | 105 | Second MOTION to File Out of Time by Claude Jerome Wilson, II. (Taylor, Jon) (Entered: 01/25/2009) |
| 01/25/2009 | 106 | Second MOTION in Limine by Claude Jerome Wilson, II. (Taylor, Jon) (Entered: 01/25/2009) |
| 01/26/2009 | 🔒 107 | (Ex Parte) First EXPARTE MOTION *for Subpoena* by Claude Jerome Wilson, II. (Attachments: # 1 Text of Proposed Order Proposed Order) (Taylor, Jon) (Entered: 01/26/2009) |
| 01/26/2009 | | Minute Entry for proceedings held before Hon. Chief Judge Mark E. Fuller:Voir Dire held on 1/26/2009 as to Claude Jerome Wilson, II [No PDF attached, see final trial entry for minutes] (Court Reporter Patricia Starkie.) (kcg, ) (Entered: 01/29/2009) |
| 01/26/2009 | | Minute Entry for proceedings held before Hon. Chief Judge Mark E. Fuller:Jury Selection as to Claude Jerome Wilson, II held on 1/26/2009 (No PDF attached, see final trial entry for minutes) (Court Reporter Patricia Starkie.) (kcg, ) (Entered: 01/29/2009) |
| 01/27/2009 | 🔒 108 | (Ex Parte) ORDER granting 107 Exparte Motion for Subpoena as to Claude Jerome Wilson II (1) and directing that fees be paid by the United States Marshal in the same manner as witnesses subpoenaed by the Government. Signed by Honorable Susan Russ Walker on 1/27/09. (snc) (Entered: 01/27/2009) |

| | | |
|---|---|---|
| 01/27/2009 | | ORAL ORDER CONDITIONALLY GRANTING 87 Motion in Limine as to Claude Jerome Wilson II (1); GRANTING 90 Motion in Limine as to Claude Jerome Wilson II (1); CONDITIONALLY GRANTING 91 Motion in Limine as to Claude Jerome Wilson II (1); GRANTING AND CONDITIONALLY GRANTING 102 Motion in Limine as to Claude Jerome Wilson II (1); GRANTING 105 Motion as to Claude Jerome Wilson II (1) and DENYING 106 Motion in Limine as to Claude Jerome Wilson II (1). Signed by Hon. Chief Judge Mark E. Fuller on 1/27/09. (kcg, ) (Entered: 01/29/2009) |
| 01/27/2009 | | ORAL MOTION for Judgment of Acquittal by Claude Jerome Wilson, II. (kcg, ) (Entered: 01/29/2009) |
| 01/27/2009 | | ORAL ORDER denying ORAL Motion for Judgment of Acquittal as to Claude Jerome Wilson II (1). Signed by Hon. Chief Judge Mark E. Fuller on 1/27/09. (kcg, ) (Entered: 01/29/2009) |
| 01/27/2009 | | Renewed ORAL MOTION for Judgment of Acquittal by Claude Jerome Wilson, II. (kcg, ) (Entered: 01/29/2009) |
| 01/27/2009 | | ORAL ORDER denying Renewed ORAL Motion for Judgment of Acquittal as to Claude Jerome Wilson II (1). Signed by Hon. Chief Judge Mark E. Fuller on 1/27/09. (kcg, ) (Entered: 01/29/2009) |
| 01/27/2009 | 109 | Court's Instructions to the Jury as to Claude Jerome Wilson, II (kcg, ) (Entered: 01/29/2009) |
| 01/27/2009 | 110 | Redacted Indictment (for trial purposes) as to Claude Jerome Wilson, II. (kcg, ) (Entered: 01/29/2009) |
| 01/27/2009 | 111 | JURY VERDICT as to Claude Jerome Wilson II (1) Guilty on Count 1. (kcg, ) (Entered: 01/29/2009) |
| 01/27/2009 | 112 | Minute Entry for proceedings held before Hon. Chief Judge Mark E. Fuller:Jury Trial as to Claude Jerome Wilson, II held and completed on 1/27/2009 (PDF available for court use only) (Court Reporter Patricia Starkie.) (Attachments: # 1 Gvt Exhibit List, # 2 Witness List, # 3 Notice of Designation) [exhibits maintained w/file in separate binder - sensitive exhibits returned to agent for the government] (kcg, ) (Entered: 01/29/2009) |
| 01/29/2009 | 113 | ORDER as to Claude Jerome Wilson, II that Sentencing is set for 6/11/2009 09:00 AM in Courtroom 2A before Hon. Chief Judge Mark E. Fuller, as further set out. Signed by Hon. Chief Judge Mark E. Fuller on 1/29/09. (kcg, ) (Entered: 01/29/2009) |
| 01/29/2009 | 114 | ORDER denying as moot 83 Motion for Extension of Time to File Motion in Limine as to Claude Jerome Wilson II (1). Signed by Hon. Chief Judge Mark E. Fuller on 1/29/09. (kcg, ) (Entered: 01/29/2009) |

| Date | # | Description |
|---|---|---|
| 01/29/2009 | 115 | JUROR QUESTIONNAIRE CERTIFICATION as to Claude Jerome Wilson, II (kcg, ) (Entered: 01/30/2009) |
| 05/28/2009 | 116 | MOTION to Continue *Sentencing Hearing* by Claude Jerome Wilson, II. (Taylor, Jon) (Entered: 05/28/2009) |
| 06/02/2009 | 117 | ORDER denying 116 Motion to Continue Sentencing as to Claude Jerome Wilson II (1). Signed by Hon. Chief Judge Mark E. Fuller on 6/2/09. (kcg, ) (Entered: 06/02/2009) |
| 06/05/2009 | 118 | NOTICE OF ATTORNEY APPEARANCE Matthew W. Shepherd appearing for USA. (Shepherd, Matthew) (Entered: 06/05/2009) |
| 06/09/2009 | 119 | SENTENCING MEMORANDUM by USA as to Claude Jerome Wilson, II (Snyder, Christopher) (Entered: 06/09/2009) |
| 06/11/2009 |  | ORAL ORDER as to Claude Jerome Wilson, II directing that defendant's exhibit #1 and government's exhibit #1 be placed under seal. Signed by Hon. Chief Judge Mark E. Fuller on 6/11/09. (kcg, ) (Entered: 06/11/2009) |
| 06/11/2009 | 120 | Minute Entry for proceedings held before Hon. Chief Judge Mark E. Fuller:Sentencing held on 6/11/2009 as to Claude Jerome Wilson, II. (PDF available for court use only) (Court Reporter Patricia Starkie.) (Attachments: #(1) Gvt Exhibit List, #(2) Dft Exhibit List) [exhibits maintained w/file in separate binder] (kcg, ) (Entered: 06/11/2009) |
| 06/12/2009 | 121 | JUDGMENT as to Claude Jerome Wilson, II (1), Count(s) 1, 273 Mos Imp; 5 Yrs Sup Rel; $100 SA. Signed by Hon. Chief Judge Mark E. Fuller on 6/12/09. (kcg, ) (Entered: 06/12/2009) |
| 06/12/2009 | 🔒 | (Court only) ***Case Terminated as to Claude Jerome Wilson, II (kcg, ) (Entered: 06/12/2009) |
| 10/09/2009 | 122 | Judgment Returned Executed as to Claude Jerome Wilson, II on 10/1/09. (kcg, ) (Entered: 11/05/2009) |
| 12/09/2009 | 123 | CJA 20 as to Claude Jerome Wilson, II: Authorization to Pay Jon C. Taylor. Amount: $ 6025.00, Voucher # 091008000078.. Signed by Hon. Chief Judge Mark E. Fuller on 12/3/09. (ws, ) (Entered: 12/09/2009) |